IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GLENN ALANN PEARCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:16cv78-HEH |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER
(Granting Motion to Remand)

This matter is before the Court on the Defendant's Motion to Remand. Because Plaintiff has not objected to the motion and having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) Defendant's Motion to Remand (ECF No. 13) is GRANTED.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 11) is DENIED AS MOOT;

(3) The Report and Recommendation of the Magistrate Judge (ECF No. 14) is ACCEPTED and ADOPTED as the OPINION of the Court.

(4) This case is hereby VACATED and REMANDED to an administrative law judge for further proceedings.

(5) This case is DISMISSED.

Let the Clerk of the Court file this Order electronically, notifying all counsel of record accordingly.

It is so ORDERED.

Richmond, Virginia
Date: Aug 23 2016

/s/
Henry E. Hudson
United States District Judge